FILED 24 AUG '20 12:03 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | MISC CASE NO. 20-MC-867 |
| Plaintiff, | NOTICE OF ORDER APPOINTING RECEIVER |
| v. | |
| COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a/ PAR FUNDING; FULL SPECTRUM PROCESSING, INC.; ABETTERFINANCIALPLAN.COM LLC d/b/a/ A BETTER FINANCIAL PLAN; ABFP MANAGEMENT COMPANY, LLC f/k/a/ PILLAR LIFE SETTLEMENT MANAGEMENT COMPANY, LLC; ABFP INCOME FUND, LLC; ABFP INCOME FUND 2, L.P.; UNITED FIDELIS GROUP CORP.; FIDELIS FINANCIAL PLANNING LLC; RETIREMENT EVOLUTION GROUP, LLC; RETIREMENT EVOLUTION INCOME FUND, LLC f/k/a RE INCOME FUND, LLC; RE INCOME FUND 2, LLC; LISA MCELHONE; JOSEPH COLE BARLETA a/k/a JOE COLE; JOSEPH W. LAFORTE a/k/a JOE MACK a/k/a/ JOE MACKI a/k/a JOE MCELHONE; PERRY S. ABBONIZIO; DEAN J. VAGNOZZI; | |

NOTICE OF ORDER APPOINTING RECEIVER - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04058754.DOCX;1}   #89906

MICHAEL C. FURMAN; and JOHN GISSAS,

    Defendants, and

THE L.M.E. 2017 FAMILY TRUST, a/k/a LME 2017 FAMILY TRUST,

    Relief Defendant.

# NOTICE OF ORDER APPOINTING RECEIVER PURSUANT TO 28 U.S.C. § 754
United States District Court
Southern District of Florida

Case No. 20-CIV-81205-RAR

Receiver Ryan K. Stumphauzer hereby provides notice, pursuant to 28 U.S.C. § 754, of his appointment by the United States District Court for the Southern District of Florida in Case No. 20-CIV-81205-RAR (S.D. Fl.).

On July 24, 2020, the Securities Exchange Commission ("SEC") filed a Complaint for Injunctive and Other Relief against the above-named Defendants and Relief Defendant in the United States District Court for the Southern District of Florida. (ECF No. 1, the "Complaint"). In connection with its Complaint, the SEC filed a separate Motion for Appointment of Mr. Stumphauzer as Receiver over the Corporate Defendants in this case: Complete Business Solutions Group, Inc. d/b/a Par Funding ("Par Funding"), Full Spectrum Processing, Inc., ABetterFinancialPlan.com LLC d/b/a A Better Financial Plan ("ABFP"), ABFP Management Company, LLC f/k/a Pillar Life Settlement Management Company, LLC ("ABFP Management"), ABFP Income Fund, LLC, ABFP Income Fund 2, L.P., United Fidelis Group Corp., Fidelis Financial Planning LLC, Retirement Evolution Group, LLC, RE Income Fund LLC, and RE Income Fund 2 LLC (collectively, the "Receivership Entities"). (ECF No. 4, the "Motion".)

NOTICE OF ORDER APPOINTING RECEIVER - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04058754.DOCX;1 }

On July 27, 2020, the District Court granted the Motion and appointed Mr. Stumphauzer as Receiver over the Receivership Entities, their subsidiaries, successors, and assigns. (ECF No. 36, the "Receivership Order".) The Receivership Order stated that, upon the Court's granting of an Ex Parte Motion for a Temporary Restraining Order, the Receiver would be empowered "to administer and manage the Receivership Entities' business affairs, funds, assets, causes of action, and any other property; marshal and safeguard all of the assets of the Receivership Entities; and take whatever actions are necessary for the protection of the investors." (ECF No. 36 at 2-4.)

On July 28, 2020, the Court granted the SEC's Emergency *Ex Parte* Motion for Temporary Restraining Order and Other Relief (ECF No. 42, the "TRO"), which fully empowered Mr. Stumphauzer to take all actions as directed by the Court in the Receivership Order.

The Court subsequently entered a first "Order Granting Plaintiff's Urgent Motion to Amend Order Appointing Receiver to Include Litigation Injunction" on July 31, 2020 (ECF No. 56, the "Amended Order"). The Amended Order amended the original Receivership Order "to include a litigation injunction in all cases and proceedings" involving the Receivership Entities.

The SEC thereafter filed an Amended Complaint on August 11, 2020, which corrected a scrivener's error in the name of the Relief Defendant and identified the Trustees of the Relief Defendant (Defendants Lisa McElhone and Joseph La Forte). (ECF No. 119, the "Amended Complaint"). Attached hereto as Exhibit A is a copy of the Amended Complaint.

The SEC has continued its investigation and identified additional entities related to the Defendants. On August 7, 2020, the SEC filed an "Expedited Motion to Amend Receivership Order" (ECF No. 105), which sought to expand the Receiver's appointment over the related entities. On August 13, 2020, the Court granted the Amended Order Appointing Receiver (ECF 141, the "Amended Order Appointing Receiver"). The Amended Order Appointing Receiver

NOTICE OF ORDER APPOINTING RECEIVER - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04058754.DOCX;1 }

includes the following related entities subject to the Receiver: ABFP Income Fund 3, LLC; ABFP Income Fund 4, LLC; ABFP Income Fund 6, LLC; ABFP Income Fund Parallel LLC; ABFP Income Fund 2 Parallel; ABFP Income Fund 3 Parallel; ABFP Income Fund 4 Parallel; and ABFP Income Fund 6 Parallel (collectively, the "related entities," and together with the Defendants the "Receivership entities").

The Amended Order Appointing Receiver further outlines the general powers and duties of the Receiver; requires that the Receivership Entities provide certain information to the Receiver relating to those entities; authorizes the Receiver to take immediate possession of all assets, bank accounts, and books and records relating to the Receivership Entities; authorizes the Receiver to gain access to all real and personal property of the Receivership Entities; requires the Receiver to give notice to certain third parties of his appointment; enters an injunction against the Receivership Entities and other persons from interfering with the Receiver; enters a stay of all litigation relating to the Receivership entities, including all ancillary proceedings; permits the Receiver to manage assets of the Receivership Entities; allows the Receiver to investigate and prosecute relevant claims relating to the Receivership Entities; permits the Receiver to seek authorization for bankruptcy filings; and requires the Receiver to file periodic reports and fee applications. Attached hereto as Exhibit B is a copy of the Amended Order Appointing Receiver.

NOTICE OF ORDER APPOINTING RECEIVER - 4

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700  fax 206 587 2308

{04058754.DOCX;1 }

1 | Respectfully submitted this 19th day of August, 2020.

CAIRNCROSS & HEMPELMANN, P.S.

By: _____
John R. Rizzardi WSBA No. 9388
Oregon Bar No. 092144
E-mail: jrizzardi@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
*Attorneys for Ryan K. Stumphauzer,
Court-Appointed Receiver*

NOTICE OF ORDER APPOINTING RECEIVER - 5

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04058754.DOCX;1 }